SHIDEL ET AL., APPELLANTS, *v.* LIBERTY MUTUAL
INSURANCE COMPANY, APPELLEE.

[Cite as *Shidel v. Liberty Mut. Ins. Co.* (1996), 77 Ohio St.3d 1220.]

(No. 95–1664—Submitted October 8, 1996—Decided December 11, 1996.)

*Horning & Horning, L.P.A., Richard A. Horning* and *J. David Horning,* for appellants.

*Oldham & Dowling* and *Hamilton DeSaussure, Jr.,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.